**Order entered March 14, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00411-CV

**TONYA PARKS, Appellant**

**V.**

**AFFILIATED BANK, AFFILIATED BANK FSB,
AFFILIATED BANK FSB, INC., BANCAFFILIATED, INC.,
JOSHUA CAMPBELL, AND KATHERINE CAMPBELL, Appellees**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-19-01614-B**

### ORDER

The reporter's record in this appeal consists of a total of eight volumes and was filed on five different dates—November 15, 2021, December 16, 2021, December 29, 2021, February 28, 2022, and March 10, 2022. To avoid confusion, we **STRIKE** all volumes and **ORDER** Robin Washington, Official Court Reporter for County Court at Law No. 2 to file, **no later than March 24, 2022**, a reporter's record consisting of (1) an index; (2) the record of the trial court's June 5, 2020

hearing, corrected as ordered by the trial court on February 25, 2022; (3) the record of the trial court's March 3, 2021 hearing; and, (4) the record of the trial court's May 12, 2021 hearing, corrected as also ordered by the trial court on February 25.

Appellant's brief on the merits remains due April 25, 2022.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Washington and the parties.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE